This memorandum opinion was not selected for publication in the New Mexico Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

**IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO**

**JOE LOPEZ, JR,**

Worker-Appellant,

v.                                                                                          **NO. 31,189**

**YELLOW FREIGHT, a/k/a YRC, INC.,**
**and GALLAGHER BASSET SERVICES,**

Employer/Insurer-Appellees.

**APPEAL FROM THE WORKERS' COMPENSATION ADMINISTRATION**
**Gregory D. Griego, Judge**

Jeffrey C. Brown
Albuquerque, NM

for Appellant

Robert Bruce Collins
Albuquerque, NM

for Appellees

**MEMORANDUM OPINION**

**VANZI, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed summary disposition.  No memorandum opposing summary reversal has been filed and the time for doing so has expired.

REVERSED.

**IT IS SO ORDERED.**


_____
**LINDA M. VANZI, Judge**

**WE CONCUR:**


_____
**CELIA FOY CASTILLO, Chief Judge**


_____
**JAMES J. WECHSLER, Judge**